UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:
Anna M. Perretta                                      Chapter 13
Michele Peretta, Sr.                                  Case Number 10-13531
        Debtors                               Honorable: Arthur N. Votolato
_____/

## NOTICE OF APPEARANCE

      You are hereby given notice that Orlans Moran PLLC appears for Acqura Loan Services as servicing agent for GMAC Mortgage, LLC, to represent its interest in this bankruptcy case. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

                                                         Respectfully Submitted,

Date:  September 23, 2010

                                                         /s/ John T. Precobb
                                                         John T. Precobb, Esq. RI# 5698
                                                         Orlans Moran PLLC
                                                          P.O. Box 962169
                                                         Boston, MA 02196
                                                         Phone: (617) 502-4100
                                                         Fax: (617) 502-4101
                                                         Email: bankruptcy@orlansmoran.com
                                                         File Number: 611.0016