UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:
Anna M. Perretta
Michele Peretta, Sr.
Debtors
________________________________/

Chapter 13
Case Number 10-13531
Honorable: Arthur N. Votolato

**NOTICE OF APPEARANCE**

You are hereby given notice that Orlans Moran PLLC appears for Acqura Loan Services as servicing agent for GMAC Mortgage, LLC, to represent its interest in this bankruptcy case. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully Submitted,

Date: September 24, 2010

/s/ John T. Precobb
John T. Precobb, Esq. RI# 5698
Orlans Moran PLLC
P.O. Box 962169
Boston, MA 02196
Phone: (617) 502-4100
Fax: (617) 502-4101
Email: bankruptcy@orlansmoran.com
File Number: 611.0016