UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:
Anna M. Perretta                                  Chapter 13
Michele Peretta                                   Case Number 10-13531
        Debtors                           Honorable: Arthur N. Votolato
_____/

## NOTICE OF APPEARANCE

You are hereby given notice that Orlans Moran PLLC appears for Acqura Loan Services as servicing agent for American Residential Equities LIX, LLC, to represent its interest in this bankruptcy case. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

                                                                       Respectfully Submitted,

Date: November 12, 2010

                                                  /s/ John T. Precobb
                                                  John T. Precobb, Esq. RI# 5698
                                                  Orlans Moran PLLC
                                                  P.O. Box 962169
                                                  Boston, MA 02196
                                                  Phone: (617) 502-4100
                                                  Fax: (617) 502-4101
                                                  Email: bankruptcy@orlansmoran.com
                                                  File Number: 611.0016