UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:                                                              Chapter 13
                                                                    Case No. 10-13531
Anna M. Perretta                                                    Honorable Arthur N. Votolato
Michele Peretta, Sr.

    Debtors
_____/

## RESPONSE OF ACQURA LOAN SERVICES TO SHOW CAUSE ORDER DATED, DECEMBER 1, 2010

    Acqura Loan Services as servicing agent for American Residential Equities, LIX, LLC (hereinafter ALS), a secured creditor in the above captioned Chapter 13 case, hereby files this response to the Court's Order, dated December 1, 2010, to show cause why loss mitigation should not be terminated.  As reasons therefore, ALS states that the Debtor forwarded the completed loss mitigation application to ALS on Saturday, November 27, 2010.  ALS received the completed application on Monday, November 29, 2010.  The response to status report was due on December 1, 2010.  ALS was unable to review the application and file a status report prior to the December 1, 2010 deadline.  As of this date, the application has been reviewed and the Debtor was denied for a loan modification.  Accordingly, ALS has filed a Motion to Terminate Loss Mitigation.

                                        Acqura Loan Services
                                        By its attorneys,

Date: December 8, 2010

                                        <u>/s/ Teresa C. Scibelli</u>
                                        Teresa C. Scibelli, Esq. RI# 8296
                                        Orlans Moran PLLC
                                        P.O. Box 962169
                                        Boston, MA 02196
                                        Phone: (617) 502-4100
                                        Fax: (617) 502-4101
                                        Email: bankruptcy@orlansmoran.com
                                        File Number: 611.0016