FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:<br><br>ANNA M. PERRETTA<br>MICHELE PERRETTA<br>    DEBTORS | § § § § § § §    CASE NO. 10-13531-ANV |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Residential Credit Solutions, as servicing agent for TEMPUS MANAGEMENT LLC**<br>Name of Transferee | **Acqura Loan Services**<br>Name of Transferor |

Name and Address where notices to transferee
Should be sent:

    **Residential Credit Solutions**
    **4282 N. Freeway**
    **Fort Worth, Texas 76137**

Phone: **(800) 737-1192**
Last Four Digits of Acct #: **xxxxxx7153**

Court Claim # (if known): 11-1
Amount of Claim: $1,388,033.78
Date Claim Filed: 02/09/2011

Phone:_____
Last Four Digits of Acct.# 4059

Name and Address where transferee payments
should be sent (if different from above):

    **Residential Credit Solutions**
    **4282 N. Freeway**
    **Fort Worth, Texas 76137**

Phone: **(800) 737-1192**
Last Four Digits of Acct #: **xxxxxx7153**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lawrence J. Buckley          Date: April 29, 2011
    Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

## CERTIFICATE OF SERVICE

    I, Lawrence J. Buckley, hereby certify that a true and correct copy of the foregoing Notice to Transfer Claim pursuant to Bankruptcy Rule 3001(e) was served upon the following parties by first class mail, postage prepaid on this 29 day of April 2011:

Debtors' Attorney
Russell D. Raskin
Raskin & Berman
116 East Manning Street
Providence, Rhode Island  02906

Debtors
Anna M. Perretta
Michele Perretta
380 Pippin Orchard Road
Cranston, Rhode Island 02921

United States Trustee
Office of the United States Trustee
10 Causeway Street, Room 472
Boston, Massachusetts 02222

Chapter 13 Trustee
John Boyajian
182 Waterman Street
Providence, Rhode Island 02906

                                                /s/ Lawrence J. Buckley
7652-N-0945                                      Lawrence J. Buckley
10-13531-ANV

NOTICE TO TRANSFER CLAIM