**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re:

Anna M. Perretta
Michele Peretta                                      **Case No.** 10-13531

    Debtors
_____/

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P. of the transfer, other than for security, of the claim referenced in this notice.

| Marix Servicing LLC | Acqura |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and address where notices to transferee should be sent | Court Claim # (if known): 11-1 |
| Marix Servicing LLC | Amount of Claim: $1,388,034.00 |
| 1925 W Pinnacle Peak Rd | Date Claim Filed: 12/16/10 |
| Phoenix, AZ 85027 | |
| | Court Record Address of Transferor |
| | (Court Use Only) |
| Phone: Last Four Digits of Acct #: 2166 | |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | Acqura Loan Services |
| | Post Office Box 117622 |
| Phone: | Carrollton, TX 75007 |
| Last Four Digits of Acct. #: 2166 | |
| | Phone: 972-115-1010 |
| | |
| | Last Four Digits of Acct. #: 4059 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John T. Precobb                    Date: February 9, 2012
    John T. Precobb, Esq. P600651
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:  Case No. 10-13531

Anna M. Perretta
Michele Peretta

Debtors

_____/

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim Number (if known) 11-1 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security electronically on January 30, 2012.

Acqura
Name of Alleged Transferor

| | Marix Servicing LLC |
|---|---|
| Address of Alleged Transferor: | Name of Transferee |
| | |
| Acqura Loan Services | Address of Alleged Transferee: |
| Post Office Box 117622 | 1925 W Pinnacle Peak Rd |
| Carrollton, TX 75007 | Phoenix, AZ 85027 |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                               _____
                                                    **CLERK OF THE COURT**

**Notices Sent to:**
Marix Servicing LLC
c/o Orlans Moran, PLLC
P.O. Box 962169
Boston, MA 02196
File Number: 239.0504