***UNITED STATES BANKRUPTCY COURT***
***DISTRICT OF RHODE ISLAND***

---

In Re: Anna M. Perretta and Michele Perretta

Debtor(s)

BK No. 1:10−bk−13531

Chapter 13

---

***COURT NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM***
***PURSUANT TO FED. R. BANKR. P. 3001(e)(2)or(4)***

Please be advised that the court has received evidence of a transfer/assignment of claim 11 in the amount of $1,388,034.00 , under Fed.R.Bankr.P. 3001(e)(2) or (4) from Transferor: Acqura to Transferee: Marix Servicing LLC .

Pursuant to Fed.R.Bankr.P. 3001(e)(2)or(4) any objection by the transferor to such transfer must be filed with the Clerk of the United States Bankruptcy Court with a copy to counsel for transferee/assignee within twenty−one (21) days of the mailing of this Notice. If alleged transferor files a timely objection, after notice, a hearing will be scheduled thereon. If a timely objection is not filed by the alleged transferor, the transferee shall be substituted for the transferor.

***/s/ Susan M. Thurston***
**Clerk, U.S. Bankruptcy Court**

Date: **2/10/12**

Entered on Docket: **2/10/12**
Document Number: **164 − 163**

300124.jsp