UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: ANNA M. PERRETTA                                    BK No. 10-13531
MICHELE PERRETTA

## APPLICATION OF DEBTOR TO EMPLOY JOHN ENNIS AS SPECIAL COUNSEL

Now comes the Debtor in the above entitled matter and hereby represents:

1. It is necessary that an attorney be employed in order to represent the Debtor in connection with a Federal District Court Declaratory Judgment action to assert foreclosure defenses by the debtor.

2. Your applicant suggests Attorney John Ennis.

3. Attorney John Ennis is familiar with the facts of this case and is highly experienced in this field.

4. Attorney John Ennis has had no interest adverse to this matter.

5. Attorney John Ennis requires a retainer of $3,500 plus a filing fee of $350 to prosecute the matter.

6. Applicant is obtaining the funds from a business of which he is the sole shareholder.

7. Attorney John Ennis has been advised that final compensation is subject to approval of this Court.

**WHEREFORE**, your applicant prays that the Debtor be authorized to employ Attorney John Ennis as special counsel for the Debtor.

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

Debtor
By his Attorneys,

/s/RUSSELL D. RASKIN
BC #1880
RASKIN & BERMAN
116 East Manning Street
Providence, RI 02906
(401) 421-1363

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2012 I electronically filed the Application to Hire Special Counsel with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- John Boyajian, Esquire, john@bhrlaw.com, martha@bhrlaw.com
- Gary L. Donahue, Esquire, ustpregion01.pr.ecf@usdoj.gov
- Sandra Nicholls, Esquire, sandra.nicholls@usdoj.gov
- Elizabeth A. Lonardo, Esquire, ribk@harmonlaw.com
- Kathryn A, Fyans, Esquire, ribk@harmonlaw.com
- John Ennis, Esquire, jbelaw@aol.com

and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document electronically filed with the court to the following non CM/ECF participants:

Mr. and Mrs. Michele Perretta
380 Pippin Orchard Road
Cranston, RI 02921

/s/LAURA COLANNINO