### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: Anna M. Perretta and Michele Perretta | BK No. 1:10–bk–13531 |
| Debtor(s) | Chapter 13 |

### ORDER DISMISSING CASE IN ACCORDANCE
### WTTH LOCAL BANKRUPTCY RULE 3015–3(e)

Confirmation of the above referenced debtor's Chapter 13 Plan was denied on 3/20/2012 . Accordingly, as none of the exceptions delineated in LBR 3015–3(e) exist, it is hereby **ORDERED** that the within case be and is **DISMISSED**. On the effective date of this Order, creditors are free to pursue their pre–bankruptcy rights against the debtor(s).

*So Ordered:*

*/s/ Arthur N. Votolato*
**U.S. Bankruptcy Court Judge**

Date: **4/5/12**

Entered on Docket: **4/5/12**
Document Number: **190 – 184**

odnconf.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*