UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:
Anna M. Perretta
Michele Perretta, Sr.

Debtors

Chapter 13
Case No. 10-13531
Honorable William C. Hillman

______________________________________/

**MOTION TO REOPEN BANKRUTPCY CASE**

Now comes American Residential Equities, LIX, LLC ("ARE") and hereby respectfully requests that this Honorable Court grant its Motion to Reopen Bankruptcy Case and Execute Proposed Order Granting Relief from Stay.

In support of its Motion ARE states the following:

1. On February 9, 2011, ARE filed a motion for relief from stay specifically requesting in rem relief based on the fact that the debtors had previously filed five bankruptcies between 2005 and 2010 with three of the five being dismissed without a discharge entering. In addition, the debtors were due for their February, 2008 payment and had arrears of $333,432.19.
2. Subsequent to an opposition being filed by the debtors this Court scheduled an evidentiary hearing to determine whether ARE was entitled to relief.
3. After the evidentiary hearing this Court granted relief to ARE in an Order dated December 16, 2011 as Docket Number 140.
4. While the Court's Order states that the Motion for Relief from Stay is Granted, the Order does not specifically state that the Movant was granted "In Rem" relief.

5. As noted by the Court, the debtors only objected to the Movant's standing to request relief.
6. The case was closed on June 1, 2012.
7. In order to make it clear that ARE is entitled to relief "In Rem", ARE needs to reopen the bankruptcy case and is requesting that the Order which was attached to its Motion for Relief from Stay be executed by the Court. (See attached Exhibit "A").

WHEREFORE, American Residential Equities, LIX, LLC hereby respectfully requests that this Honorable Court grant its Motion to Reopen Bankruptcy Case and Execute the Proposed Order filed on February 9, 2011.

Respectfully submitted,
American Residential
Equities, LIX LLC,
By its Attorneys,

/s/ John T. Precobb___
John T. Precobb, Esq.
RI# 5698
Orlans Moran PLLC
P.O. Box 962169
Boston, MA 02196
Phone: (617) 502-4100
Fax: (617) 502-4101
Email:
bankruptcy@orlansmoran.com
File Number: 239.0504