## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: Anna M. Perretta and Michele Perretta | BK No. 1:10–bk–13531 |
| | Chapter 13 |
| Debtor(s) | |

### ORDER DENYING (doc# 195 ) AFTER HEARING
### Re: Motion to Reopen Case , filed by American Residential Equities LIX, LLC

Upon consideration of the above– entitled document and any objection or response thereto, and after hearing, it is ORDERED that for the reasons stated by the court in its bench decision, which are incorporated herein by reference, the document (doc.# 195 ) is **DENIED** .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **9/28/12**

Entered on Docket: **9/28/12**
Document Number: **204 – 195**

120.jsp

*Website: www.rib.uscourts.gov*